IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COHEN, ROBERT<br>c/o Tyler Jay King,<br>1407 Nicholson St., NW,<br>Washington, DC 20011<br><br>      Plaintiff,<br><br>  v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, c/o Chair, Dr. Elaine Crider, in their Official Capacities as Trustees for the University System for the University of the District of Columbia and its Flagship University of the District of Columbia,<br>4200 Connecticut Avenue, NW, Bldg. 39, 3rd Floor, Washington, DC 20008,<br><br>and<br><br>SESSOMS, ALLEN, in his Official Capacities as President of the University System for the University of the District of Columbia and its Flagship University of the District of Columbia<br>4200 Connecticut Avenue, NW, Bldg. 39, 3rd Floor, Washington, DC 20008<br><br>and<br><br>BAXTER, GRAEME, in her Official Capacities as Provost of the University System for the University of the District of Columbia and its Flagship University of the District of Columbia 4200 Connecticut Avenue, NW, Bldg. 39, 3rd Floor, Washington, DC 20008,<br><br>and<br><br>STEADMAN, VERNISE, in her Official Capacities as Chair of the Mathematics Department of the University System for the University of the District | CIVIL ACTION NO. _____ |

of Columbia and its Flagship University of the District of Columbia 4200 Connecticut Avenue, NW, Bldg. 39, 3rd Floor, Washington, DC 20008

Defendants.

# DEFENDANTS' NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

PLEASE TAKE NOTICE THAT Defendants The Board of Trustees of the University of the District of Columbia ("UDC"), Allen Sessoms, in his official capacity ("Sessoms"), Graeme Baxter, in her official capacity ("Baxter"), and Vernise Steadman, in her official capacity ("Steadman") (collectively referred to hereinafter as "Defendants") hereby remove this case from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446.  The grounds for removal are as follows:

1. On September 9, 2013, Plaintiff Robert Cohen ("Plaintiff" or "Cohen") filed a Complaint alleging breach of contract against Defendants in the Superior Court for the District of Columbia, Civil Division, and the case was assigned Civil Action No. 2013 CA 006149 B (hereinafter "State Court Action").

2. On November 8, 2013, Defendant UDC was served with a summons, Complaint, and Initial Order and Addendum in the State Court Action.

3. On November 8, 2013, Defendant Baxter was served with a summons, Complaint, and Initial Order and Addendum in the State Court Action.

4. On November 8, 2013, Defendant Steadman was served with a summons, Complaint, and Initial Order and Addendum in the State Court Action .

5. On January 17, 2014, Defendant Sessoms was served with a summons, Complaint, Initial Order and Addendum, and November 18, 2013 Order in the State Court Action.

6. On March 14, 2014, the Superior Court for the District of Columbia dismissed the State Court Action with prejudice, with leave for Plaintiff to file an Amended Complaint by April 1, 2014.

7. On April 2, 2014, Plaintiff filed an Amended Complaint against Defendants in the State Court Action, alleging a cause of action under 42 U.S.C. § 1983 and common law tort claims of trespass to chattel, conversion, bailee indebtedness, and negligence.  Attached hereto as Exhibit KK is a true and correct copy of Plaintiff's Amended Complaint in the State Court Action.

8. With the filing of Plaintiff's Amended Complaint, the State Court Action is a suit of a wholly civil nature of which the United States District Court for the District of Columbia has original jurisdiction under 28 U.S.C. §§ 1331 and 1337.  This action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441.

9. In his Amended Complaint, Plaintiff alleges that he is challenging his termination of employment, alleging that Defendants' conduct deprived him of "his property interests/rights protected by the Due Process Clause of the Fifth Amendment to the U.S. Constitution of the United States of America without notice and without a meaningful opportunity to be heard and for wholly arbitrary and invidious reasons, and thereby violated 42 U.S.C. § 1983."  Am. Compl. at ¶ 35.  As this claim arises under the laws of the United States, this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331.  This action is therefore removable to this Court pursuant to 28 U.S.C. § 1441(a).  As 42 U.S.C. § 1983 is an Act of Congress regulating commerce, this Court also has original jurisdiction under 28 U.S.C. § 1337, and this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

10. The remainder of Plaintiff's claims are so related to the claim in which the Court has original subject matter jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.  This Court therefore has supplemental jurisdiction over all of Plaintiff's state law claims for which the Court does not have original jurisdiction, pursuant to 28 U.S.C. § 1367.  This action is therefore removable pursuant to 28 U.S.C. § 1441(c).

11. All Defendants who have been served in the State Court Action consent to this removal.

12. Pursuant to 28 U.S.C. § 1446(a), attached hereto are copies of all process, pleadings and orders served upon Defendants in the State Court Action, as well as copies of all

documents filed in the State Court Action with the exception of the Affidavits of Service and the Notice of Filing of Notice of Removal:

  (a)  <u>Exhibit A</u>:  Plaintiff's Complaint, filed September 9, 2013;

  (b)  <u>Exhibit B</u>:  Summons served on Defendant UDC;

  (c)  <u>Exhibit C</u>:  Summons served on Defendant Sessoms;

  (d)  <u>Exhibit D</u>:  Summons served on Defendant Baxter;

  (e)  <u>Exhibit E</u>:  Summons served on Defendant Steadman;

  (f)  <u>Exhibit F</u>:  Initial Order and Addendum, dated September 9, 2013;

  (g)  <u>Exhibit G</u>:  Order Dismissing, without prejudice, Defendant Allen Sessoms, filed November 14, 2013;

  (h)  <u>Exhibit H</u>:  Plaintiff's Motion for Leave to Extend the Time for Service, filed November 14, 2013;

  (i)  <u>Exhibit I</u>:  Order, filed November 18, 2013;

  (j)  <u>Exhibit J</u>:  UDC, Baxter and Steadman's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, filed November 22, 2013;

  (k)  <u>Exhibit K</u>:  Order granting UDC, Baxter and Steadman's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, filed December 2, 2013;

(l) <u>Exhibit L</u>: UDC's, Baxter's and Steadman's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in support thereof, filed December 19, 2013;

(m) <u>Exhibit M</u>: Plaintiff's Second Motion to Extend Time For Service on Defendant Allen L. Sessoms, filed January 17, 2014;

(n) <u>Exhibit N</u>: Order, filed January 22, 2014;

(o) <u>Exhibit O</u>: Order, filed January 24, 2014;

(p) <u>Exhibit P</u>: Plaintiff's "Second" Consent Motion for Extension of Time to Respond to UDC, Baxter and Steadman's Motion to Dismiss, filed January 24, 2014;

(q) <u>Exhibit Q</u>: Plaintiff's "Third" Motion for Extension of Time to Respond to UDC, Baxter and Steadman's Motion to Dismiss, filed January 24, 2014;

(r) <u>Exhibit R</u>: Order, filed January 28, 2014;

(s) <u>Exhibit S</u>: UDC, Baxter and Steadman's Opposition to Plaintiff's "Third" Motion for Extension of Time to Respond to Motion to Dismiss, filed January 29, 2014;

(t) <u>Exhibit T</u>: Notice of Appearance of Anessa Abrams, counsel for Defendants, filed January 29, 2014;

(u) <u>Exhibit U</u>: Plaintiff's Motion for Extension of Time to File a Response to Certain Defendants' Motion to Dismiss, filed January 29, 2014;

    (v)  <u>Exhibit V</u>:  UDC, Baxter and Steadman's Opposition to Plaintiff's Motion for Extension of Time to File Response to Certain Defendants' Motion to Dismiss, filed January 30, 2014;

    (w)  <u>Exhibit W</u>:  Defendant Sessoms' Motion to Dismiss and Memorandum in support thereof, filed February 5, 2014;

    (x)  <u>Exhibit X</u>:  Plaintiff's Opposition to Defendants' UDC, Baxter, and Steadman's Motion to Dismiss, filed February 10, 2014;

    (y)  <u>Exhibit Y</u>:  Order, signed February 10, 2014 and filed February 12, 2014;

    (z)  <u>Exhibit A</u>:  Order, signed February 10, 2014 and filed February 12, 2014;

    (aa)  <u>Exhibit AA</u>:  UDC, Baxter and Steadman's Reply in Support of Motion to Dismiss Plaintiff's Complaint, filed February 14, 2014;

    (bb)  <u>Exhibit BB</u>:  Plaintiff's Opposition to Defendant Sessoms' Motion to Dismiss, filed February 20, 2014;

    (cc)  <u>Exhibit CC</u>:  Order to Reschedule Status Hearing, filed February 20, 2014;

    (dd)  <u>Exhibit DD</u>:  Sessoms' Reply Brief in Support of Motion to Dismiss Plaintiff's Complaint, filed February 21, 2014;

    (ee)  <u>Exhibit EE</u>:  Notice from Court regarding rescheduled status hearing;

  (ff) <u>Exhibit FF</u>:  Plaintiff's Reply to Defendants' UDC, Baxter, and Steadman's Response to Plaintiff's Opposition to Defendants' Motion to Dismiss, filed March 4, 2014;

  (gg) <u>Exhibit GG</u>:  UDC, Baxter and Steadman's Motion to Strike Plaintiff's Reply to Defendants' UDC, Baxter and Steadman's Response to Plaintiff's Opposition to Motion to Dismiss, filed March 6, 2014;

  (hh) <u>Exhibit HH</u>:  Order granting Defendants' UDC, Baxter, and Steadman's Motion to Dismiss, filed March 14, 2014;

  (ii) <u>Exhibit II</u>:  Order granting Defendant Sessoms' Motion to Dismiss, filed March 14, 2014;

  (jj) <u>Exhibit JJ</u>:  Order Denying as Moot UDC, Baxter and Steadman's Motion to Strike "Plaintiff's Reply to Defendants' Board of Trustees of the University of the District of Columbia, Graeme Baxter, and Vernise Steadman's Response to Plaintiff's Opposition to Defendants' Motion to Dismiss," filed March 14, 2014;

  (kk) <u>Exhibit KK</u>:  Plaintiff's Amended Complaint, filed April 2, 2014;

  (ll) <u>Exhibit LL</u>:  Defendants' Motion to Strike Plaintiff's Amended Complaint, filed April 4, 2014;

  (mm) <u>Exhibit MM</u>:  Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint, filed April 9, 2014;

(nn) <u>Exhibit NN</u>: Order Granting Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint, filed April 11, 2014;

(oo) <u>Exhibit OO</u>: Plaintiff's Opposition to Defendants' Motion to Strike Plaintiff's Amended Complaint, filed April 18, 2014;

(pp) <u>Exhibit PP</u>: Plaintiff's Motion for Extension of Time to File Amended Complaint, filed April 18, 2014;

(qq) <u>Exhibit QQ</u>: Defendants' Reply Brief in Support of Their Motion to Strike Plaintiff's Amended Complaint, filed April 23, 2014;

(rr) <u>Exhibit RR</u>: Defendants' Opposition to Plaintiff's Motion for Extension of Time to File Amended Complaint, filed April 23, 2014.

13. Pursuant to 28 U.S.C. § 1446(b)(3), Defendants are filing this Notice of Removal within thirty (30) days after receipt of Plaintiff's Amended Complaint from which it was first ascertained that the case is one which has become removable.

14. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be promptly filed with the Superior Court for the District of Columbia. Additionally, as reflected on the certificate of service, counsel for Defendants is providing written notice of the filing of this Notice of Removal by mailing a true and correct copy of this Notice of Removal to counsel for Plaintiff.

15. By filing the instant Notice of Removal, Defendants do not waive, and fully reserve, all defenses they may have, including but not limited to defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, and failure to state a claim upon which relief may be granted.

16. Defendants respectfully request that the United States District Court for the District of Columbia accept this Notice of Removal and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary.

WHEREFORE, Defendants respectfully request that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

 /s/ Anessa Abrams
Gary L. Lieber (DC Bar No. 215483)
glieber@fordharrison.com
Anessa Abrams (DC Bar No. 448789)
aabrams@fordharrison.com
FordHarrison LLP
1300 19th Street, N.W., Suite 300
Washington, DC 20036
(202) 719-2000
(202) 719-2077 FAX

Attorneys for Defendants
Board of Trustees of the University of the District of Columbia, Allen Sessoms, Graeme Baxter, and Vernise Steadman

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of April, 2014, I caused the foregoing **DEFENDANTS' NOTICE OF REMOVAL** to be electronically filed with the Court using CM/ECF system and served, via first class United States mail, postage prepaid, upon:

Tyler Jay King, Esq.
1407 Nicholson Street, NW
Washington, D.C. 20011
*Attorney for Plaintiff*

                                                  /s/ Anessa Abrams
                                                      Anessa Abrams

WSACTIVELLP:6805974.1